J. Stephen Peek, Esq.
Nevada Bar No. 1759
Deanna C. Brinkerhoff, Esq.
Nevada Bar No. 11066
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
(702) 669-4600
(702) 669-4650 – fax
speek@hollandhart.com
dcbrinkerhoff@hollandhart.com

*Attorneys for Defendants Sterling Aviation Insurance Services, LLC; Sterling & Sterling, Inc.; Sterling & Sterling of Florida, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AVIATION INSURANCE HOLDINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARL S. SHEPHARD, f/k/a CARL S. BALDEY, a Florida resident; STERLING AVIATION INSURANCE SERVICES, LLC, a Florida limited liability company; STERLING & STERLING OF FLORIDA, LLC, a Florida limited liability company; STERLING & STERLING, INC., a New York corporation; and STERLING AVIATION, LLC, a New York limited liability company.<br><br>Defendants. | Case No.: 2:10-cv-02201-RLH-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE STAND STILL AGREEMENT ENTERED FEBRUARY 11, 2011** |

Plaintiff, Aviation Insurance Holdings, Inc. ("Plaintiff"), Defendant Carl S. Shephard ("Shephard"), and Defendants Sterling Aviation Services, LLC, Sterling & Sterling of Florida, LLC, and Sterling & Sterling, Inc. (collectively, "Sterling"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. The parties entered into a Stand Still Agreement, which the Court entered as its Order on February 11, 2011. The dates contained in the February 11, 2011 Stand Still Agreement and Order shall be extended by 10 days, as follows:

5032502_1.DOCX

Page 1 of 3

2.   In the event that the parties have not resolved their dispute by March 7, 2011, either party may file a notice with this court indicating the matter has not resolved and Plaintiff's Motion for Preliminary Injunction shall be placed back on calendar by this Court. In the event this is necessary, the parties agree to the following briefing schedule:

   a. Defendants' Oppositions to the Motion for Preliminary Injunction shall be filed on or before March 14, 2011.

   b. Plaintiff's Reply in support of its Motion for Preliminary Injunction shall be filed on or before March 25, 2011.

   c. The hearing on Plaintiff's Motion for Preliminary Injunction shall be reset for a date after March 25, at the convenience of the Court. The parties may jointly apply for this hearing date to be vacated or postponed.

3.   Until March 7, 2011, the parties shall refrain from additional filings in Court, including but not limited to filing an Answer to the Complaint or providing initial disclosures, unless an extreme emergency must be brought to the Court for disposition, and only after the party seeks a Stipulation.

4.   All other terms of the Stipulation and Order entered on February 11, 2011 [Doc. 24] shall remain in effect until the parties stipulate otherwise, or until a hearing on Plaintiff's Motion for Preliminary Injunction is held.

DATED February 18, 2011.

*/s/ J. Stephen Peek*
J. Stephen Peek, Esq.
Deanna C. Brinkerhoff, Esq.
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendants Sterling Aviation Insurance Services, LLC; Sterling & Sterling, Inc.; Sterling & Sterling of Florida, LLC*

DATED February 18, 2011.

*/s/ Matthew J. Christian*
Alan J. Lefebvre, Esq.
Matthew J. Christian, Esq.
Kolesar & Leatham CHTD.
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

. . .

. . .

5032502_1.DOCX

DATED February 18, 2011.

_____
Mark E Ferrario, Esq.
Brandon Roos, Esq.
Greenberg Traurig
3773 Howard Hughes Pkwy, Suite 400
Las Vegas, Nevada 89169

*Attorney for CARL S. SHEPHARD, f/k/a CARL S. BALDEY, a Florida resident*

IT IS SO ORDERED this 22nd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
J. Stephen Peek, Esq.
Deanna C. Brinkerhoff, Esq.
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendants Sterling Aviation Insurance Services, LLC; Sterling & Sterling, Inc.; Sterling & Sterling of Florida, LLC*

5032502_1.DOCX