J. Stephen Peek, Esq.
Nevada Bar No. 1759
Deanna C. Brinkerhoff, Esq.
Nevada Bar No. 11066
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
(702) 669-4600
(702) 669-4650 – fax
speek@hollandhart.com
dcbrinkerhoff@hollandhart.com

*Attorneys for Defendants Sterling Aviation
Insurance Services, LLC; Sterling & Sterling,
Inc.; Sterling & Sterling of Florida, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AVIATION INSURANCE HOLDINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARL S. SHEPHARD, f/k/a CARL S. BALDEY, a Florida resident; STERLING AVIATION INSURANCE SERVICES, LLC, a Florida limited liability company; STERLING & STERLING OF FLORIDA, LLC, a Florida limited liability company; STERLING & STERLING, INC., a New York corporation; and STERLING AVIATION, LLC, a New York limited liability company.<br><br>Defendants. | Case No.: 2:10-cv-02201-RLH-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE STAND STILL AGREEMENT ENTERED FEBRUARY 11, 2011**<br><br>**[FIFTH REQUEST]** |

Plaintiff, Aviation Insurance Holdings, Inc. ("Plaintiff"), Defendant Carl S. Shephard ("Shephard"), and Defendants Sterling Aviation Services, LLC, Sterling & Sterling of Florida, LLC, and Sterling & Sterling, Inc. (collectively, "Sterling"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. The parties entered into a Stand Still Agreement, which the Court entered as its Order on February 11, 2011. The dates contained in the February 11, 2011 Stand Still Agreement and Order [Doc. 24], were extended by 10 days in the Stipulation and Order Extending the Stand Still Agreement [Doc. 29], by an additional 10 days in the Stipulation and

5090685_1.DOCX

1  Order Extending the Stand Still Agreement [Doc. 31], by a further 10 days in the Stipulation and
2  Order Extending the Stand Still Agreement [Doc. 33], and by a further 18 days in the Stipulation
3  and Order Extending the Stand Still Agreement [Doc. 35].  The parties have reached a settlement
4  agreement; however, they are presently coordinating the details of the dismissal of a related case.
5  Accordingly, the parties agree as follows:

6  2. In the event that the parties have not filed a Stipulation of Dismissal with
7  Prejudice of this matter by April 29, 2011, either party may file a notice with this court
8  indicating the matter has not resolved and Plaintiff's Motion for Preliminary Injunction shall be
9  placed back on calendar by this Court.  Until that time, Defendants need not file an Opposition to
10 Plaintiff's Motion for Preliminary Injunction.

11 3. Until April 29, 2011, the parties shall refrain from additional filings in Court,
12 including but not limited to filing an Answer to the Complaint or providing initial disclosures,
13 unless an extreme emergency must be brought to the Court for disposition, and only after the
14 party seeks a Stipulation.

15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

5090685_1.DOCX

4. All other terms of the Stipulation and Order entered on February 11, 2011 [Doc. 24] shall remain in effect until the parties stipulate otherwise, or until a Stipulation of Dismissal with Prejudice of this matter is filed.

DATED April 22, 2011.                                              DATED April 22, 2011.

By: /s/ Deanna C. Brinkerhoff                          By: /s/ Matthew J. Christian
    J. Stephen Peek, Esq.                                    Alan J. Lefebvre, Esq.
    Deanna C. Brinkerhoff, Esq.                         Matthew J. Christian, Esq.
    HOLLAND & HART LLP                                     KOLESAR & LEATHAM CHTD.
    3800 Howard Hughes Parkway, 10th Floor     3320 W. Sahara Avenue, Suite 380
    Las Vegas, Nevada 89169                                Las Vegas, Nevada 89102

*Attorneys for Defendants Sterling Aviation*          *Attorneys for Plaintiff*
*Insurance Services, LLC; Sterling &*
*Sterling, Inc.; Sterling & Sterling*
*of Florida, LLC*

DATED April 22, 2011.

By: /s/ Mark E. Ferrario
    Mark E Ferrario, Esq.
    Brandon Roos, Esq.
    GREENBERG TRAURIG
    3773 Howard Hughes Pkwy, Suite 400
    Las Vegas, Nevada 89169

*Attorney for CARL S. SHEPHARD, f/k/a*
*CARL S. BALDEY, a Florida resident*

IT IS SO ORDERED this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Deanna C. Brinkerhoff
Deanna C. Brinkerhoff, Esq.
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendants Sterling Aviation*
*Insurance Services, LLC; Sterling &   Sterling, Inc.; Sterling & Sterling*
*of Florida, LLC*

5090685_1.DOCX

Holland & Hart LLP
3800 Howard Hughes Parkway, Tenth Floor
Las Vegas, Nevada 89169